NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KEITH A. NOLL, DOC #098136,            )
                                       )
            Appellant,                 )
                                       )
v.                                     )     Case No. 2D18-3105
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____ )

Opinion filed May 29, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; Joseph C. Fuller, Jr., Judge.

Keith A. Noll, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kiersten Jensen,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, VILLANTI, and SMITH, JJ., Concur.